**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6641**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AUGUSTINE PEREZ,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-90-112-R, CA-97-179-R)

———————————

Submitted:  November 19, 1998      Decided:  December 2, 1998

———————————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Augustine Perez, Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Augustine Perez seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Perez, Nos. CR-90-112-R; CA-97-179-R (W.D. Va. Apr. 9 & Mar. 18, 1998). While the district court erred by denying certain of Perez's claims as untimely filed, since the statute of limitations was waived by the Government's failure to raise the defense, we find these nonconstitutional claims cannot be raised in a collateral attack and are patently meritless. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2